

FILED
FEB 0 6 2006
CLERK

## MEMORANDUM AND ORDER

TO: Judge James B. Loken, Chief Judge  
United States Court of Appeals  
for the Eighth Circuit

Date: January 24, 2006

FROM: Patrick A. Conmy  
United States District Judge

SUBJECT: Advance Authorization for Expert or Investigative Services

It is requested that advance authority be granted to obtain services in an amount in excess of the maximum allowed under the provisions of subsection (e)(3) of the Criminal Justice Act (18 U.S.C. § 3006A) as follows:

Case Name and Designation: USA v. DARREN YOUNGMAN, a/k/a TOTE YOUNGMAN  
CR 04-30110

Name of Expert or Investigator: Charles Draper, CWD Investigations, Inc.  
Address: P.O. Box 791, Pierre, SD 57501

Type of Expert: Criminal Investigations

Reasons for Application: Previous funds have been exhausted making trips to Rosebud, SD and area attempting to locate and interview Defendant's witness Defendant has supplied names, but no addresses, etc., of witnesses, causing a considerable amount of more work to be done. Investigator is also serving Subpoenas this week (trial starts on 1/30/06)

Estimated Compensation/Fee: $1,600.00 (in addition to the $1600 previously approved)

I certify that the estimated compensation or fee in excess of the maximum set forth in subsection (e)(3) of the Criminal Justice Act appears necessary to provide fair compensation for services of an unusual character or duration and therefore recommend approval of this advance authorization in the amount of $ _1600.00_ .

(3200.00 total)

_____  
Patrick A. Conmy, United States District Judge

Date: 1-25-06

Advance authorization is hereby approved in the amount of $ _3,200 = total_ .

_____  
The Honorable James B. Loken, Chief Judge  
United States Court of Appeals

Date: 2-1-06